# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ava Rose,<br><br>        Plaintiff,<br><br>v.<br><br>Dignity Health, et al.,<br><br>        Defendants. | No. CV-21-00775-PHX-JAT<br><br>**ORDER** |

Pursuant to the Joint Case Management Report filed by the parties (Doc. 16 at 5),

**IT IS ORDERED** that all claims against Defendants Does I through X are dismissed, without prejudice. The Clerk of the Court shall not enter judgment at this time.

Dated this 30th day of August, 2021.

_____
James A. Teilborg
Senior United States District Judge